IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  SANTIAGO MONTES-OSORIO,  Defendants. | 8:22CR232  ORDER |

This matter is before the Court on the government's Motion to Dismiss Forfeiture Allegation (Filing No. 33) of the Indictment (Filing No. 1) regarding $19,451 in United States currency that was administratively forfeited by the Drug Enforcement Administration. Upon careful review of the government's motion and the record in this case, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss Forfeiture Allegation (Filing No. 33) is granted.
2. The Forfeiture Allegation of the Indictment is dismissed.

Dated this 1st day of August 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge